EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

TRACY A. HINO  #3202
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Tracy.Hino@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 30 2003
at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00042 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 8 U.S.C. § 1324(a)(2)(B)(ii) |
| KIAN HUA TAN, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 15, 2003, in the District of Hawaii, KIAN HUA TAN, did knowingly and in reckless disregard of

the fact that an alien, identified herein as "M.L.", had not received prior official authorization to come to, enter, and reside in the United States, did bring said alien to the United States for the purpose of private financial gain and with the intent to violate the United States immigration laws.

In violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

### COUNT 2

The Grand Jury further charges that:

On or about January 15, 2003, in the District of Hawaii, KIAN HUA TAN, did knowingly and in reckless disregard of the fact that an alien, identified herein as "Y.J.W.", had not received prior official authorization to come to, enter, and reside in the United States, did bring said alien to the United States for the purpose of private financial gain and with the intent to violate the United States immigration laws.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In violation of Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

DATED: ____1/30____, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
TRACY A. HINO
Assistant U.S. Attorney

UNITED STATES OF AMERICA vs. KIAN HUA TAN
"Indictment"

3